```
BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MC-00033-FCD-DAD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $86,500 IN U.S. ) | TIME FOR FILING A COMPLAINT FOR |
| CURRENCY SEIZED FROM WELLS FARGO ) | FORFEITURE AND/OR TO OBTAIN AN |
| BANK ACCOUNT NUMBER 2067165197, ) | INDICTMENT ALLEGING FORFEITURE |
| Defendant. ) | |
| _____) | |

It is hereby stipulated by and between the United States of America and claimant Farhad Dezaki ("claimant"), by and through their respective attorneys, as follows:

1. On or about February 1, 2011, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $86,500.00 in U.S. Currency seized from Wells Fargo Bank Account Number 2067165197 (the "defendant funds"), which were seized on or about December 7, 2010.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all

1  known interested parties.  The time has expired for any person to
2  file a claim to the defendant funds under 18 U.S.C. §
3  983(a)(2)(A)-(E), and no person other than the claimant has filed
4  a claim to the defendant funds as required by law in the
5  administrative forfeiture proceeding.
6      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
7  required to file a complaint for forfeiture against the defendant
8  funds and/or to obtain an indictment alleging that the defendant
9  funds are subject to forfeiture within 90 days after a claim has
10 been filed in the administrative forfeiture proceedings, unless
11 the court extends the deadline for good cause shown or by
12 agreement of the parties.  That deadline is currently May 2, 2011.
13     4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
14 by agreement to extend to December 1, 2011, the time in which the
15 United States is required to file a civil complaint for forfeiture
16 against the defendant funds and/or to obtain an indictment
17 alleging that the defendant funds are subject to forfeiture.
18     5.   Accordingly, the parties agree that the deadline by which
19 the United States shall be required to file a complaint for
20 forfeiture against the defendant funds and/or to obtain an
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  indictment alleging that the defendant funds are subject to
2  forfeiture shall be extended to December 1, 2011.
3
4                                    BENJAMIN B. WAGNER
                                     United States Attorney
5
6
7  DATE: March 29, 2011         /s/ Jean M. Hobler
                                     JEAN M. HOBLER
8                                    Assistant U.S. Attorney
9
10
11 DATE: March 29, 2011         /s/ Patrick K. Hanly
                                     PATRICK K. HANLY
12                                   Attorney for Claimant
                                     Farhad Dezaki
13                                   (As authorized on 3/29/2011)
14
15      **IT IS SO ORDERED.**
16
17 DATE: April 4, 2011          _____
                                     FRANK C. DAMRELL, JR.
18                                   UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

                              3            Stipulation and Order to Extend
                                           Time for Filing a Complaint