```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MC-00033-MCE-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $86,500 IN U.S. | ) | TIME FOR FILING A COMPLAINT FOR |
| CURRENCY SEIZED FROM WELLS FARGO | ) | FORFEITURE AND/OR TO OBTAIN AN |
| BANK ACCOUNT NUMBER 2067165197, | ) | INDICTMENT ALLEGING FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America and claimant Farhad Dezaki ("claimant"), by and through their respective attorneys, as follows:

1. On or about February 1, 2011, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $86,500.00 in U.S. Currency seized from Wells Fargo Bank Account Number 2067165197 (the "defendant funds"), which were seized on or about December 7, 2010.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all

known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

    3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 2, 2011.

    4. By Stipulation and Order filed March 31, 2011, the parties stipulated to extend to December 1, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 29, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an

///

indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 29, 2012.

BENJAMIN B. WAGNER
United States Attorney

DATE: 11/29/2011          /s/ Jean M. Hobler
                          JEAN M. HOBLER
                          Assistant U.S. Attorney


DATE: 11/29/2011          /s/ Patrick K. Hanly
                          PATRICK K. HANLY
                          Attorney for Claimant
                          Farhad Dezaki

                          (As authorized on 11/29/2011)

**IT IS SO ORDERED.**

Dated: November 30, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE