BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $86,500 IN U.S. ) <br> CURRENCY SEIZED FROM WELLS FARGO ) <br> BANK ACCOUNT NUMBER 2067165197, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | 2:11-MC-00033-MCE-DAD <br><br><br><br><br> STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Farhad Dezaki ("claimant"), by and through their respective attorneys, as follows:

1. On or about February 1, 2011, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $86,500.00 in U.S. Currency seized from Wells Fargo Bank Account Number 2067165197 (the "defendant funds"), which were seized on or about December 7, 2010.

1                                      Stipulation and Order to Extend
                                       Time for Filing a Complaint

1      2.   The Internal Revenue Service has sent the written notice
2  of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all
3  known interested parties.  The time has expired for any person to
4  file a claim to the defendant funds under 18 U.S.C. §
5  983(a)(2)(A)-(E), and no person other than the claimant has filed
6  a claim to the defendant funds as required by law in the
7  administrative forfeiture proceeding.
8      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
9  required to file a complaint for forfeiture against the defendant
10 funds and/or to obtain an indictment alleging that the defendant
11 funds are subject to forfeiture within 90 days after a claim has
12 been filed in the administrative forfeiture proceedings, unless
13 the court extends the deadline for good cause shown or by
14 agreement of the parties.  That deadline was May 2, 2011.
15     4.   By Stipulation and Order filed March 31, 2011, the
16 parties stipulated to extend to December 1, 2011, the time in
17 which the United States is required to file a civil complaint for
18 forfeiture against the defendant funds and/or to obtain an
19 indictment alleging that the defendant funds are subject to
20 forfeiture.
21     5.   By Stipulation and Order filed November 29, 2011, the
22 parties stipulated to extend to February 29, 2012, the time in
23 which the United States is required to file a civil complaint for
24 forfeiture against the defendant funds and/or to obtain an
25 indictment alleging that the defendant funds are subject to
26 forfeiture.
27 ///
28 ///

1  6.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
2 by agreement to further extend to March 9, 2012, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the defendant funds and/or to obtain an
5 indictment alleging that the defendant funds are subject to
6 forfeiture. The United States and Claimant have reached the terms
7 of a settlement, but require a short additional extension in order
8 to effect the terms of the agreement, and expect to do so on or
9 before March 9, 2012.
10  7.  Accordingly, the parties agree that the deadline by which
11 the United States shall be required to file a complaint for
12 forfeiture against the defendant funds and/or to obtain an
13 indictment alleging that the defendant funds are subject to
14 forfeiture shall be extended to March 9, 2012.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: 2/29/2012                     /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Assistant U.S. Attorney


DATE: 2/29/2012                     /s/ Patrick K. Hanly
                                    PATRICK K. HANLY
                                    Attorney for Claimant
                                    Farhad Dezaki

                                    (Original signatures retained by
                                    attorney)
```

**IT IS SO ORDERED.**

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE